# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUBERT WILLIAMS,<br><br>    Plaintiff,<br><br>    v.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC., *et al.*,<br><br>    Defendants. | Case No.  1:21-cv-00275-NONE-EPG<br><br>ORDER RE: STIPULATED REQUEST FOR DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE<br><br>(ECF No. 8) |

Plaintiff Hubert Williams, and Defendants Volkswagen Group of America, Inc., and Michael Cadillac, Inc., have filed a stipulation to dismiss the entire action without prejudice (ECF No. 8). In light of the stipulation, the case has ended and is dismissed without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of the Court is respectfully directed to close this case.

IT IS SO ORDERED.

Dated:  **March 19, 2021**                              /s/ Erica P. Grosjean
                                                                              UNITED STATES MAGISTRATE JUDGE