UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUBERT WILLIAMS, an individual,<br><br>　　　　　　Plaintiff,<br>　　vs.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC., a New Jersey corporation; MICHAEL CADILLAC, INC., a California corporation and DOES 1 to 25, inclusive,<br><br>　　　　　　Defendants. | No. 1:21-cv-00275-NONE-EPG<br><br><u>ORDER DISMISSING WITHOUT PREJUDICE PURSUANT TO STIPULATION PLAINTIFF'S FOURTH CAUSE OF ACTION FOR BREACH OF EXPRESS WARRANTY</u><br><br>(Doc. No. 8)<br><br><u>CASE TO REMAIN OPEN</u> |

/////

/////

/////

/////

/////

/////

1

## **ORDER**

The court, having duly considered the parties' stipulation (Doc. No. 8) as set forth, and for good cause appearing, hereby orders as follows:

Plaintiff's Fourth Cause of Action for Breach of Express Warranty is dismissed without prejudice with each party to bear its own attorney's fees and costs.

This case shall remain open.

IT IS SO ORDERED.

Dated:   **March 23, 2021**

UNITED STATES DISTRICT JUDGE